IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL ARROYO REYES,

        Appellant,

 v.

                                            Case No. 5D21-2756
                                            LT Case No. 2012-CF-003160-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed January 24, 2023

3.850 Appeal from the Circuit Court
for Seminole County,
Donna L. McIntosh, Judge.

Michael Arroyo Reyes, Lake City,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EDWARDS and BOATWRIGHT, JJ., concur.